842

No. 76–6734. DUPART v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6736. ASH v. WYOMING. Sup. Ct. Wyoming. Certiorari denied.

No. 76–6737. ZAMBRANO v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76–6739. SMITH v. COLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 76–6741. JACKSON v. HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–6745. CARTER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 76–6748. BRUNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6751. HALL v. FOGG, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 76–6753. SOCRATES v. BALSON, HOSPITAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 76–6757. STEVENS v. WEST VALLEY JOINT COMMUNITY COLLEGE DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–6758. LOVITZ v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76–6759. NICOL v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–6761. HOLT v. VIRGINIA. Sup. Ct. Va. Certiorari denied.